failure to prosecute in accordance with the rules.

Reginald HILL, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2006–5063.

United States Court of Appeals,
Federal Circuit.

April 5, 2006.

Reginald Hill, pro se.

ORDER

Order Vacated, See 2006 WL 1308353.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.